**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed July 10, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00512-CV
_____

### IN RE BRAZOS RESERVE, LLC, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**23rd District Court**
**Brazos County, Texas**
**Trial Court Cause No. 88715-CV**

---

## MEMORANDUM OPINION

On June 25, 2018, relator Brazos Reserve, LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Carolyn Marks Johnson, visiting judge of the 23rd District Court of Brazos County, to rule on its motion to abate proceedings pending arbitration.

On July 5, 2018, relator filed a motion to dismiss, advising the court that the trial court ruled on its motion to abate proceedings pending arbitration on June 27, 2018. Relator's requested relief in the petition for writ of mandamus is now moot. The motion is **GRANTED**.

Accordingly, relator's petition for writ of mandamus is ordered dismissed for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Jamison, Wise, and Jewell.